## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ERICA VOLNA, INDIVIDUALLY AND AS NEXT FRIEND OF E.V., A MINOR CHILD § § § § Plaintiff, § § vs. § § § GRACO CHILDREN'S PRODUCTS, § INC. AND INDIANA MILLS & § MANUFACTURING, INC. § Defendants. § | Civil Action No. 4:18-CV-01236 <br><br> JURY TRIAL REQUESTED |

### ORDER GRANTING AGREED MOTION FOR TRIAL CONTINUANCE AND MOTION TO EXTEND DISCOVERY DEADLINES

BE IT REMEMBERED that the Agreed Motion for Trial Continuance and Motion to Extend Discovery Deadlines in the above-entitled and numbered cause of action. The Court is of the opinion that the Motion is meritorious and should be GRANTED. It is therefore,

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that this matter is continued from its current trial setting of January 11, 2021; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED ORDERED that this matter will be reset for trial for sometime after September 8, 2021 and that a new Scheduling Order will be issued.

SIGNED AND ENTERED, this the _____ day of _____, 2020.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE