UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICA VOLNA, INDIVIDUALLY AND AS NEXT FRIEND OF E.V., A MINOR CHILD | § § § § | |
| Plaintiff, | § | Civil Action No. 4:18-CV-01236 |
| | § | JURY TRIAL REQUESTED |
| vs. | § § § | |
| GRACO CHILDREN'S PRODUCTS, INC. AND INDIANA MILLS & MANUFACTURING, INC. | § § § | |
| Defendants. | § | |

## AGREED MOTION TO EXTEND DISCOVERY DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** ERICA VOLNA, INDIVIDUALLY AND AS NEXT FRIEND OF E.V., A MINOR, Plaintiff, GRACO CHILDREN'S PRODUCTS INC. and INDIANA MILLS & MANUFACTURING, INC., Defendants, and file this Agreed Motion to Extend Deadline for Parties to Complete Discovery and Designate Expert Witnesses and in support of such, would respectfully show the Court the following:

### I.
### INTRODUCTION AND FACTS

1. Plaintiff is Erica Volna, Individually and as Next Friend of E.V.

2. Defendants are Graco Children's Products Inc. and Indiana Mills & Manufacturing, Inc.

3. This is a lawsuit brought by Plaintiff in which Plaintiff alleges that her daughter sustained a brain injury in a motor vehicle accident that occurred on September 16, 2016 as a result of an allegedly defective car seat designed, manufactured, marketed

and sold by Defendant GRACO CHILDREN'S PRODUCTS INC., which contained an allegedly defective latching system designed, manufactured, marketed and sold by Defendant INDIANA MILLS & MANUFACTURING, INC.

4. This matter is currently set for a trial docket call on September 27, 2021.

## II.
## THE PARTIES NEEDTO EXTEND DEADLINE FOR PARTIES TO DESIGNATE EXPERTS

5. The current deadline for Plaintiff, or the party with the burden of proof, to designate expert witnesses and expert opinions as required under Federal Rule of Civil Procedure 26(a)(2) is January 11, 2021.

6. The current deadline for Defendants, or the party without the burden of proof, to designate expert witnesses and expert opinions as required under Federal Rule of Civil Procedure 26(a)(2) is February 10, 2021.

7. The parties had been working diligently to complete fact discovery in a manner that allows the parties to be ready for trial by the trial docket call on September 27, 2021. Based upon the progress of discovery to-date, the parties anticipate that they will be able to do so. Nonethless, the parties are in need of a modest extension of certain of the discovery deadlines to enable them to complete expert discovery.

8. Since the operative Amended Scheduling Order was entered on July 8, 2020, the parties have worked diligently to complete the remaining fact discovery. Since that time, the parties have taken a half-dozen depositions, despite the difficulites imposed by the COVID-19 pandemic and related restrictions.

9. In addition to those depositions, Plaintiff had noticed the 30(b)(6) deposition of Graco for December 15, 2020. The parties anticipated that that deposition would go

forward as scheduled. Shortly before that deposition, however, Graco's designated witness was diagnosed with COVID-19. As a result of that unanticipated and unfortunate development, the parties were forced to continue that deposition and are in the process of rescheduling it. The parties anticipate that deposition will be able to be comleted by the end of January 2021.

10. The deposition of Graco must be completed in advance of Plaintiff being able to disclose her expert witnesses. As that is no longer possible in light of that deposition being delayed by events outside the parties' control, a modest extension of the discovery deadline and expert disclosure deadlines is necessary. The parties do not currently anticipate that the requested extension of those discovedry deadlines will affect the trial date.

11. Accordingly, as set forth herein, in light of the additional time that the parties agree is necessary to complete required discovery, the parties respectfully request the Court extent the current deadlines to allow for the completion of that discovery. In connection therewith, the parties respectfully suggest the following proposed amended discovery schedule:

    a. Plaintiff's expert disclosures due by March 31, 2021

    b. Defendants' expert disclosures due by April 30, 2021

    c. Discovery close on May 31, 2021

    d. Motions deadline of June 15, 2021.

12. This motion is not filed for delay but is being filed in the interests of justice so that discovery can be completed.

WHEREFORE PREMISES CONSIDERED, Plaintiff and Defendants respectfully requests that this Court grant their Agreed Motion to Extend Discovery Deadlines and that certain of the discovery deadlines in the operative Scheduling Order be amended to allow Plaintiff to timely designate experts by March 31, 2021, allow Defendants to timely designate experts by April 30, 2021, allow parties until May 31, 2021 to complete discovery, and to set a motion deadline of June 15, 2021, in addition to all other relief to which Plaintiff and Defendants may be justly entitled.

Dated: December 29, 2020

Respectfully Submitted,

**ANTHONY & PETERSON, LLP**.

By: /s/ Brett Anthony
Brett Anthony
State Bar No. 00793272
Federal ID No. 20025
banthony@anthony-peterson.com
Adam Anthony
State Bar No. 24087109
Federal ID No. 2191274
aanthony@anthony-peterson.com
Douglas P. Peterson
State Bar No. 00797240
Federal ID No. 22399
dpeterson@anthony-peterson.com
500 North Water Street, Ste. 1000
Corpus Christi, Texas 78401
Telephone: (361) 687-1000
Facsimile: (361) 687-1010

**ATTORNEYS FOR PLAINTIFF**

**SCHIFF HARDIN LLP**

By: /s/ Stephen M. Copenhaver
Joseph J. Krasovec III (*pro hac vice*)
jkrasovec@schiffhardin.com
Stephen M. Copenhaver (*pro hac vice*)
scopenhaver@schiffhardin.com
Jonathan Dean (*pro hac vice*)
jdean@schiffhardin.com
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

AND

Jeffrey S. Patterson
Texas State Bar No. 15596700
jpatterson@hdbdlaw.com
Clayton J. Callen
Texas State Bar No. 24086068
ccallen@hdbdlaw.com
**HARTLINE DACUS BARGER DREYER LLP**
8750 N. Central Expy., Suite 1600
Dallas, Texas 75231
Telephone: (214) 346-3794
Facsimile: (214) 267-4294

**ATTORNEY FOR DEFENDANT GRACO CHILDREN'S PRODUCTS INC.**

**FROST BROWN TODD LLC**

By: /s/ Blake N. Shelby
    Randall R. Riggs (Pro Hac Vice)
    Indiana Bar No. 5978-49
    rriggs@fbtlaw.com
    Chelsea S. Hyslop (Pro Hac Vice)
    Indiana Bar No. 35262-32
    chyslop@fbtlaw.com
    Blake N. Shelby (Pro Hac Vice)
    Indiana Bar No. 28064-29
    bshelby@fbtlaw.com
201 North Illinois Street, Suite 1900
Indianapolis, Indiana 46204-4236
Telephone: (317) 237-3827
Facsimile: (317) 237-3900

AND

Ivan M. Rodriguez
Federal I.D. No. 4566982
Texas State Bar No. 24058977
Ivan.rodriguez@phelps.com
**PHELPS DUNBAR LLP**
One Allen Center
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388

**ATTORNEY FOR DEFENDANT INDIANA MILLS & MANUFACTURING, INC.**