UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERICA VOLNA, INDIVIDUALLY AND AS NEXT FRIEND OF E.V., A MINOR CHILD<br>　　　　Plaintiff,<br><br>vs.<br><br><br>GRACO CHILDREN'S PRODUCTS, INC. AND INDIANA MILLS & MANUFACTURING, INC.<br>　　　　Defendants. | §§§§§§§§§§§§§ Civil Action No. 4:18-CV-01236<br><br>JURY TRIAL REQUESTED |

## ORDER GRANTING AGREED MOTION TO EXTEND DISCOVERY DEADLINES

BE IT REMEMBERED that the Agreed Motion to Extend Discovery Deadlines in the above-entitled and numbered cause of action. The Court is of the opinion that the Motion is meritorious and should be GRANTED. It is therefore,

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the Amended Scheduling Order signed on January 4, 2021 is modified to reflect the following new deadlines:

　　a.　Plaintiff's expert disclosures are now due by May 31, 2021;

　　b.　Defendants' expert disclosures due by June 30, 2021;

　　c.　Discovery close on August 1, 2021; and

　　d.　Dispositive and non-disposivite motions deadline of August 15, 2021.

SIGNED AND ENTERED, this the _____ day of _____, 2021.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　PRESIDING JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE